**SIGNED.**

Dated: June 05, 2009



_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| AWD RANCH, LLC, | No. 2:09-bk-06384-JMM |
| Debtor. | No. 2:09-bk-06392-JMM (Substantively Consolidated) |
| In re: | Adversary No. 2:09-ap-00607-JMM |
| DESERT PLANT CONSERVANCY, LLC, | **MEMORANDUM DECISION** |
| Debtor. | |
| AWD RANCH, LLC and DESERT PLANT CONSERVANCY, LLC, | |
| Plaintiffs, | |
| vs. | |
| CLAY PARSONS; JOE PARSONS; JOE PARSONS JR.; PARSONS CO., INC.; GARY WALKER; R.W. WALKER; EVE WALKER; ALBERT YENDES; JOHN DOES I-X; BLACK CORPORATIONS I-X; | |
| Defendants. | |

On June 4, 2009, the Debtors sought approval of special counsel for this adversary case, which was filed on June 3, 2009. At the time of the filing, attorney Kevin Bumstead had not been appointed special counsel for said purpose.

A review of the adversary proceeding reflects that, factually, it describes matters which occurred between the Debtors and these same parties in the pending Pinal County Superior Court case before these bankruptcy cases were filed (April 1, 2009).

This court has lifted the stays in order to allow the Pinal County Superior Court case to continue to judgment (DN 58, Administrative Case No. 09-6384). In that litigation, if these Debtors believe they need to seek permission to amend their answers, add counterclaims, or otherwise supplement their existing pleadings under the Arizona Rules of Civil Procedure, they may file those motions in the state court litigation, and the Superior Court judge, applying the law and exercising the discretion entrusted to that court, will rule thereon. All the legal theories are equally viable under state law theories, and need not be brought in this bankruptcy case. The Debtors are again reminded that the purpose of chapter 11 is to reorganize, and is not a forum to continue to litigate or otherwise unnecessarily complicate, pending disputes.

As for the federal RICO cause of action, that matter may be tried in Pinal County Superior Court, because to the extent a private right of action exists, concurrent jurisdiction is granted to the state court. Thus, as a matter of comity, this court will let the state court action proceed to judgment. 18 U.S.C. § 1964(c); *Lou v. Belzberg*, 834 F.2d 730, 735 (9th Cir. 1987) state and federal courts have concurrent jurisdiction under civil RICO statute).

Therefore, because (1) counsel who filed the action was not authorized bankruptcy counsel; (2) the matters dealt with in the complaint can be dealt with as part of the Pinal County Superior Court action; and(3) because of the concurrent subject matter state court jurisdiction as to the RICO count, a separate order will be entered which DISMISSES this adversary proceeding.

DATED AND SIGNED ABOVE.

| | |
|---|---|
| 1 | COPIES served as indicated below on the date signed above: |
| 2 | |
| 3 | Charles L. Firestein<br>1300 E. Missouri Ave., Ste D-200<br>Phoenix, AZ 85014 |
| 4 | Attorney for Debtors                         Email: charles@firesteinpc.com |

COPIES served as indicated below on the
date signed above:

Charles L. Firestein
1300 E. Missouri Ave., Ste D-200
Phoenix, AZ 85014
Attorney for Debtors                    Email: charles@firesteinpc.com

Kevin Marc Bumstead
Bumstead Law
40 N Central Ave., Suite 1400
Phoenix, AZ 85004                       Email: kb@bumsteadlaw.com

Frederick J. Peterson
Mesch, Clark & Rothschild, P.C.
259 N. Meyer Ave.
Tucson, AZ 85701
Attorneys for The Parsons Co.           Email: ecfbk@mcrazlaw.com

Kevin R. Keating
Carson Messinger Elliott Laughlin & Ragan
3300 N. Central Ave., Suite 1900
Phoenix, AZ 85012
Attorneys for the Walkers               Email: kkeating@carsonlawfirm.com

Office of the U.S. Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003


By   /s/ M.B. Thompson
     Judicial Assistant